UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3834 ODW(FMOx) | Date | January 12, 2011 |
|---|---|---|---|
| Title | United States Commodity Futures Trading Commission v. New Golden Investment Group, LLC et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**     Order to Show Cause re Dismissal for Lack of Prosecution as to Defendant Jose C. Naranjo

     Plaintiff is ordered to show cause in writing no later than **Wednesday, January 26, 2011** why this action should not be dismissed for lack of prosecution as to Defendant Jose C. Naranjo. Default against defendant(s) Jose C. Naranjo was entered by the Clerk on December 29, 2010 [43].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

    **1. Plaintiff's filing of a noticed motion for entry of default judgment against Defendant Jose C. Naranjo.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

                                            :    00

                            Initials of Preparer    RGN